UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KOZENY & MCCUBBIN, L.C., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:11CV970 RWS |
| | ) |
| THE ESTATE OF DEBORAH L. HALL, et al., | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before me on my review of the file. The Clerk of the Court has entered default against all defendants except for the United States, which has filed an answer, and the Unknown Heirs of Deborah Hall, who have not yet been served. Plaintiff has filed an affidavit of non service on the unknown heirs. Plaintiff needs to obtain service on this defendant before the case can be fully resolved.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff shall obtain service on defendant the Unknown Heirs of Deborah Hall

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 14  day of February, 2012.