UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KOZENY & MCCUBBIN, L.C., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:11CV970 RWS |
| ) | |
| THE ESTATE OF DEBORAH L. HALL, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM AND ORDER**

The Court received a letter in this case from Shannon Hall, who claims to be an heir of Deborah Hall.  Ms. Hall seeks legal advice in this letter, which the Court cannot provide.  I will order the Clerk of the Court to place this letter in the file.  To the extent Ms. Hall is requesting the Court to appoint counsel for her in this civil matter, the motion will be denied without prejudice at this time.  If Ms. Hall intends to participate in this lawsuit and represent herself, then she is required to comply with the Federal and Local Rules of Civil Procedure, which prohibit communication with the Court by letter.  Any further letters received from Ms. Hall will be returned, and any future communications with this Court shall be through written motion or pleading as required by the Rules.  It is unclear from this letter if Ms. Hall is intending to waive service and participate in this lawsuit.  If so, she should contact plaintiff's counsel and file a responsive pleading so that she can be added as a party to this lawsuit and receive copies of pleadings and Orders filed in this case.

Accordingly,

**IT IS HEREBY ORDERED** that Clerk of the Court shall docket the letter received from

Shannon Hall on February 17, 2012 and shall serve a copy of this Memorandum and Order and a copy of the docket sheet upon Shannon Hall, 1120 Ash Street, Atchison, KS 66002.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 21st day of February, 2012.