UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

KOZENY & MCCUBBIN, L.C.,      )
                             )
            Plaintiff,        )
                             )
    vs.                       )        Case No. 4:11CV970 RWS
                             )
THE ESTATE OF DEBORAH L. HALL, )
et al.,                       )
                             )
            Defendants.       )

## MEMORANDUM AND ORDER

**IT IS HEREBY ORDERED** that plaintiff's motion for service by publication [#28] is

granted, except that plaintiff shall also personally serve alleged heir Shannon Hall at the address

provided by her to the Court on February 17, 2012, which appears in the Order dated February

21, 2012.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 29th day of February, 2012.